**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 00-6702**

─────────

DONNIE SPELLER MOORE,

Petitioner - Appellant,

versus

UNITED STATES OF AMERICA,

Respondent - Appellee.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-00-237-5-BR)

─────────

Submitted: July 27, 2000          Decided: August 7, 2000

─────────

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Donnie Speller Moore, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Donnie Speller Moore appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Moore v. United States</u>, No. CA-00-237-5-BR (E.D.N.C. Apr. 24, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>